## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

RAY EMANUELSON,

   **Plaintiff,**

v.                                                    **No. 15-cv-0144 GBW/WPL**

CITY OF LAS CRUCES, NEW MEXICO;
LAS CRUCES POLICE DEPARTMENT;
STEPHANIE CARABAJAL; and ERIC URENDA,

   **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:          February 24, 2016, at 1:30 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **February 24, 2016, at 1:30 p.m.**
Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the
proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference.
Counsel are reminded to have their calendars available for the hearing.

   **IT IS SO ORDERED.**

                                                  _____
                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with
each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.